# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE GRAY, M. G. (minor),<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant | Case No.: 2:19-cv-00854-APG-BNW<br><br>**Order Denying Third Motion for Entry of Default**<br><br>[ECF No. 32] |

On April 9, 2020, the plaintiffs filed a third motion for entry of default against the defendant United States Department of Justice (DoJ). ECF No. 32. On April 1, 2020, the DoJ filed a motion to dismiss the complaint. ECF No. 26. The DoJ also filed a motion to stay discovery. ECF No. 28. Because the DoJ has now appeared in this case, entry of default is not appropriate.

I THEREFORE ORDER that the plaintiffs' motions for entry of default (ECF No. 32) is denied.

DATED this 10th day of April, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE